IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN FRANKLIN, also known as Marvin Franklin El, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv676-MHT (WO) |
| COMMISSIONER: JEFFERSON S. DUNN, et al., | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 18) is granted and that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that all of the motions are denied as moot.

It is further ORDERED that the parties are to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.**

**This case is closed.**

**DONE, this the 23rd day of November, 2015.**

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**